IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY ROGER BAISDEN, II, #298382, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:15-CV-550-WKW [WO] |
| CORIZON HEALTH SERVICES and NURSE THOMPSON, | ) ) ) | |
| Defendants. | ) | |

### **ORDER**

On August 14, 2015, the Magistrate Judge filed a Recommendation (Doc. # 8) in this case to which no timely objections have been filed. After an independent review of the record, the court finds that the Recommendation is due to be adopted. Accordingly, it is ORDERED that the Recommendation (Doc. # 8) is ADOPTED, that Plaintiff's motion for preliminary injunction (Doc. # 6) is DENIED, and that this action is REFERRED back to the Magistrate Judge for additional proceedings.

DONE this 4th day of September, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE