IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY ROGER BAISDEN, II, AIS #298382, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. 2:15-CV-550-WKW<br>) [WO] |
| CORIZON HEALTH SERVICES & L. THOMAS, in her individual and official capacity, | )<br>)<br>)<br>) |
| Defendants. | ) |

## **ORDER**

On October 20, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 51.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation is ADOPTED.

(2) Defendants' motion to dismiss is GRANTED to the extent Defendants seek dismissal of this action based upon Plaintiff's failure to properly exhaust an administrative remedy available to him at the Staton Correctional Facility prior to initiating this cause of action.

(3)    This action is DISMISSED without prejudice under 42 U.S.C. § 1997e(a) for Plaintiff's failure to properly exhaust an administrative remedy before seeking relief from this court.

(4)    No costs are taxed.

A final judgment will be entered separately.

DONE this 16th day of November, 2016.

                                            /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE